BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>            v.<br><br>VERA KUZMENKO, et. al.,<br><br>                          Defendants. | CASE NO. 2:11-CR-00210 JAM<br><br>STIPULATION AND ORDER CONTINUING IMPOSITION OF JUDGMENT & SENTENCING<br><br>DATE:  MAY 6, 2014<br>TIME:  9:45 A.M.<br>JUDGE: JOHN A. MENDEZ |
|---|---|

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Vanik Atoyan, by and through his counsel of record, hereby stipulate that the status conference concerning judgment and sentencing in the matter presently set for May 6, 2014, at 9:45 a.m. may be vacated and the matter continued to February 17, 2015, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

Mr. Atoyan's plea agreement with the government contains a cooperation provision and the government is not able to adequately assess the degree of his cooperation until the charges against others have been tried or otherwise disposed of.  For that reason, the parties have stipulated that the current date for a status conference concerning imposition of judgment and sentencing may be vacated and the matter continued to February 17, 2015, at 9:30 a.m. for a status conference regarding a new date for imposition of judgment and sentencing and the setting of a new schedule of disclosures for the pre-

sentencing report.

IT IS SO STIPULATED.

DATED: April 10, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Lee S. Bickley*
LEE S. BICKLEY
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: April 10, 2014

*/s/ Lee S. Bickley for*
GARY TALESFORE

For defendant VANIK ATOYAN

# O R D E R

IT IS SO FOUND AND ORDERED that for good cause appearing from the stipulation of the parties that the status conference concerning imposition of judgment and sentencing in this matter currently scheduled for 9:45 a.m. on May 6, 2014, is vacated and the matter is continued to February 17, 2015, at 9:30 a.m. for a status conference regarding the imposition of judgment and sentence.

This 10th day of April, 2014.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE