Gary A. Talesfore
California Bar No. 133116
Law Office of Gary A. Talesfore
2300 N Street, Suite 1
Sacramento, CA 95816

Attorney for Defendant
VANIK ATOYAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>VANIK ATOYAN,<br><br>        Defendant | 2:11-cr-0210-JAM<br><br>STIPULATION AND ORDER FOR MODIFICATION OF PRE-TRIAL CONDITIONS<br><br>Date: February 12, 2015<br>Time:<br>Judge: Hon. John A. Mendez |

Vanik Atoyan moves the Court for an order modifying the conditions of pretrial release to allow him to travel outside the Eastern District of California for person reasons under conditions to be set by Pretrial Services. Mr. Atoyan seeks permission to travel to Yerevan, Armenia, in order to attend his sister's funeral. He hopes to leave Saturday, February 14, 2015 on Aeroflot SU, Flight Number 0107, leaving from Los Angeles International Airport, and returning to Los Angeles International Airport aboard Flight 0106 Friday, March 6, 2015.

**I.      PROCEDURAL HISTORY.**

Mr. Atoyan is awaiting sentencing in the above-referenced case. He was ordered released in May 2010, on a $100,000 unsecured bond. From May 2010, to date, Mr. Atoyan has been

under Pre-Trial Services supervision. He has been compliant and cooperative throughout this period.

## II.     APPLICABLE LAW.

18 U.S.C. § 3142(c)(3) provides, "[t]he judicial officer may at any time amend" a release order "to impose additional or different conditions of release."

## III.    MOTION.

Mr. Atoyan is 45years old and has no prior record. He has been married to Kristine Atoyan for 18 years, and the couple has three children, ages 17, 15 and 9. Mr. Atoyan is self-employed, and has been so employed for many years.

Mr. Atoyan's sister, who lives in Armenia, died February 10, 2015. The funeral is scheduled for February 16, 2015 in Gyumri, Armenia. His proposed flight itinerary is attached. He is scheduled to fly from Los Angeles International Airport (LAX) Saturday, February 14, 2015 on flight 0107. He is scheduled to return to Los Angeles International Airport on March 6, 2015. He will be flying in the company of his mother, Viktorya Atoyan and his brother, Martin Atoyan. His wife, Kristine Atoyan, and three children, will remain in Sacramento and will surrender their passports to Attorney Gary Talesfore, pending Mr. Atoyan's return. Mr. Atoyan will surrender pink slips to his truck and trailer to either the Court or to Mr. Talesfore. Mr. Atoyan will surrender his passport to the Court within one day of his return.

He will comply with all conditions that the Pretrial Services Officer may wish to set on his travel, *e.g.*, providing his travel itinerary; and by reporting via telephone or as Pretrial Services otherwise requests.

The Court may set any conditions of release that reasonably assure Mr. Atoyan will appear as ordered. There is no risk of flight as Mr. Atoyan has been out of custody for nearly five years, with no concerns about flight.

//

//

### IV. CONDITIONS FOR TRAVEL

Beth Wetteland, Supervisory U.S. Pretrial Services Officer Pre-Trial Services has requested the following conditions, (and Assistant U.S. Attorney Lee S. Bickley concurs) under which Mr. Atoyan may be granted the Proposed Order:

Vanik Atoyan's spouse, Kristine Atoyan, remains employed full time with the Sacramento Employment Training Agency and earns $3,000 per month. Ms. Atoyan does not own any real property.

Mrs. Atoyan will co-sign a $200,000 unsecured bond.

Mrs. Atoyan will surrender her passport, and the passports of the couple's three children to Attorney Gary Talesfore.

Mrs. Atoyan will surrender the following pink slips to Attorney Gary Talesfore:

2004 Freightliner Truck (unencumbered and registered in Kristine Atoyan's name) - estimated worth approximately $20,000 - $22,000

2005 Utility Dry Van Trailer (unencumbered and registered in Krsitine Atoyan's name) - estimated worth approximately $14,000 - $15,000

2007 Lexus 350 (unencumbered and registered in Krsitine Atoyan's name) - estimated worth approximately $18,000

Mrs. Atoyan understands the risks involved if the defendant fails to appear or fails to return from Armenia.

If Mr. Atoyan is approved to travel, the defendant is willing to surrender his passport to Pretrial Services on the morning of Monday, March 9, 2015.

### V.   CONCLUSION.

Mr. Atoyan respectfully asks the Court to modify his conditions of release to permit travel to Armenia, on conditions to be set by Pretrial Services. Furthermore, Assistant U.S. Attorney Lee S. Bickley, has advised that she is not opposed to Mr. Atoyan's travel plan.

Dated: February 12, 2015

IT IS SO ORDERED

DATED: February 12, 2015

/s/ Gary A. Talesfore
Gary A. Talesfore, SBN 133116
Attorney for Defendant
Vanik Atoyan

DATED:  February 11, 2015        Benjamin B. Wagner
United States Attorney

/s/ Lee Bickeley
Lee S. Bickley
Assistant U.S. Attorney

**ORDER**

IT IS SO FOUND AND ORDERED this 12th day of February, 2015.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
U. S. DISTRICT COURT JUDGE