BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>          v.<br><br>VERA KUZMENKO, ET AL.,<br><br>                       Defendants. | CASE NO.  2:11-CR-210 JAM<br><br>STIPULATION REGARDING SENTENCING OF LEAH ISOM AND VANIK ATOYAN; FINDINGS AND ORDER<br><br>DATE: January 19, 2016<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1.     By previous order, this matter was set for sentencing on January 19, 2016.

2.     By this stipulation, defendants now move to continue the sentencing until May 3, 2016 at 9:15 a.m. in order to give probation time to prepare Presentence Investigation Reports ("PSRs") and for the parties to respond.

3.     The parties agree and stipulate, and request that the Court find the following:

       a)     Both Vanik Atoyan's and Leah Isom's cases should be referred to probation for the creation of PSRs.

       b)     The schedule for the disclosure of the PSRs, the parties' responses and the sentencing is the following:

| | |
|---|---|
| Date of Referral to Probation Officer: | January 15, 2016 |
| Judgment and Sentencing Date: | May 3, 2016 @ 9:15 A.M. |
| Reply, or Statement of Non-Opposition: | April 26, 2016 (1 week before sentencing) |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | April 19, 2016 (2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | April 12, 2016 (3 weeks before sentencing) |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | April 5, 2016 (4 weeks before sentencing) |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | March 22, 2016 (6 weeks before sentencing) |

IT IS SO STIPULATED.

Dated:  January 14, 2016                              BENJAMIN B. WAGNER
                                                      United States Attorney


                                                       /s/ LEE S. BICKLEY
                                                      LEE S. BICKLEY
                                                      Assistant United States Attorney




Dated:  January 14, 2016                               /s/ GARY A. TALESFORE
                                                      GARY A. TALESFORE
                                                      Counsel for Defendant
                                                      VANIK ATOYAN


Dated:  January 14, 2016                               /s/ CANDACE A. FRY
                                                      CANDACE A. FRY
                                                      Counsel for Defendant
                                                      LEAH ISOM

STIPULATION RE: SENTENCING; [PROPOSED] FINDINGS AND ORDER      2

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 14th day of January, 2016.

                                   /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE