1   BENJAMIN B. WAGNER
    United States Attorney
2   LEE S. BICKLEY
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile:  (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8
                        IN THE UNITED STATES DISTRICT COURT
9
                        EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO.  2:11-CR-210 JAM

12                      Plaintiff,         STIPULATION REGARDING CONTINUING
                                           SENTENCING OF VANIK ATOYAN; FINDINGS
13                      v.                 AND ORDER

14  VERA KUZMENKO, ET AL.,                 DATE: January 19, 2016
                                           TIME: 9:15 a.m.
15                      Defendants.        COURT: Hon. John A. Mendez

16

17                                  **STIPULATION**

           1.     By previous order, this matter was set for sentencing on May 3, 2016.
18
           2.     By this stipulation, defendants now move to continue the sentencing until June 7, 2016 at
19
20  9:15 a.m.

21         3.     All parties agree and stipulate, and request that the Court find the following:

22  Defendant has not yet been interviewed and Probation needs additional time to complete the PSR. The

23  schedule for the disclosure of the PSRs, the parties' responses and the sentencing is the following:

24

25

26

27

28

    STIPULATION RE: SENTENCING; [PROPOSED] FINDINGS      1
    AND ORDER

| Date of Referral to Probation Officer: | January 15, 2016 |
|---|---|
| Judgment and Sentencing Date: | June 7, 2016 at 9:15 a.m. |
| Reply, or Statement of Non-Opposition: | May 31, 2016 (1 week before sentencing) |
| Motion for Correction of the Presentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: | May 24, 2016 (2 weeks before sentencing) |
| The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: | May 17, 2016 (3 weeks before sentencing) |
| Counsel's Written Objections to the Presentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: | May 10, 2016 (4 weeks before sentencing) |
| The Proposed Presentence Report Shall be Disclosed to Counsel no Later Than: | April 26, 2016 (6 weeks before sentencing) |

IT IS SO STIPULATED.


Dated:  March 29, 2016                         BENJAMIN B. WAGNER
                                               United States Attorney


                                                /s/ LEE S. BICKLEY
                                               LEE S. BICKLEY
                                               Assistant United States Attorney



Dated:  March 29, 2016                          /s/ GARY A. TALESFORE
                                               GARY A. TALESFORE
                                               Counsel for Defendant
                                               VANIK ATOYAN


STIPULATION RE: SENTENCING; [PROPOSED] FINDINGS        2
AND ORDER

1

**FINDINGS AND ORDER**

2

IT IS SO FOUND AND ORDERED this 30th day of March, 2016.

3

4

5
/s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28