BENJAMIN B. WAGNER
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VERA KUZMENKO, ET AL.,<br><br>Defendants. | CASE NO. 2:11-CR-210 JAM<br><br>STIPULATION REGARDING CONTINUING SENTENCING OF VANIK ATOYAN; FINDINGS AND ORDER<br><br>DATE: June 3, 2016<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

1. By previous order, this matter was set for sentencing on June 7, 2016.

2. By this stipulation, defendant now moves to continue the sentencing until June 28, 2016 at 9:15 a.m.

//

//

//

IT IS SO STIPULATED.

Dated: June 3 , 2016           BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ LEE S. BICKLEY
                               LEE S. BICKLEY
                               Assistant United States Attorney


Dated:  June 3, 2016           /s/ GARY A. TALESFORE
                               GARY A. TALESFORE
                               Counsel for Defendant
                               VANIK ATOYAN

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of June, 2016

                               /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE