1 BENJAMIN B. WAGNER
United States Attorney
2 LEE S. BICKLEY
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile:   (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 UNITED STATES OF AMERICA,

12                          Plaintiff,

13                v.

14 VERA KUZMENKO, ET AL.,

15                          Defendants.

16

| CASE NO.  2:11-CR-210 JAM |
| STIPULATION REGARDING CONTINUING SENTENCING OF VANIK ATOYAN; FINDINGS AND ORDER |
| DATE: June 28, 2016 |
| TIME: 9:15 a.m. |
| COURT: Hon. John A. Mendez |

17                              **STIPULATION**

    1.      By previous order, this matter was set for sentencing on June 28, 2016.
18
    2.      By this stipulation, defendants now move to continue the sentencing until August 2, 2016
19
20 at 9:15 a.m.

21 //

22 //

23 //

24

25

26

27

28

STIPULATION RE: SENTENCING; [PROPOSED] FINDINGS     1
AND ORDER

1

2          IT IS SO STIPULATED.

3

4   Dated: June 28 , 2016                          BENJAMIN B. WAGNER
                                                    United States Attorney
5

6                                                  /s/ LEE S. BICKLEY
                                                   LEE S. BICKLEY
7                                                  Assistant United States Attorney

8

9

10  Dated:  June 28, 2016                          /s/ GARY A. TALESFORE
                                                   GARY A. TALESFORE
11                                                 Counsel for Defendant
                                                   VANIK ATOYAN
12

13                                                 _____

14

15

16

17

18

19

20
                              **FINDINGS AND ORDER**
21
            IT IS SO FOUND AND ORDERED this 27th day of June, 2016
22

23

24                                                 /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
25                                                 UNITED STATES DISTRICT COURT JUDGE

26

27

28


STIPULATION RE: SENTENCING; [PROPOSED] FINDINGS        2
AND ORDER